IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BOBBY G. TODD,**

        Plaintiff,

   v.

**STATE OF OREGON; WASHINGTON COUNTY; and CITY OF PORTLAND,**

        Defendants.

No. 3:13-cv-01859-HU

OPINION AND ORDER

**MOSMAN, J.**,

      On February 3, 2014, Magistrate Judge Hubel issued his Findings and Recommendation ("F&R") [5] in the above-captioned case, recommending that plaintiff's application to proceed *in forma pauperis* [1] be granted, plaintiff's motion for appointment of pro bono counsel [3] be denied, and this action be dismissed without service of process and with prejudice. No objections were filed.

## DISCUSSION

      The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Hubel's recommendation, and I ADOPT the F&R [5] as my own opinion.

IT IS SO ORDERED.

DATED this __19th__ day of March, 2014.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER